**George Carlton FORDE, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–76226.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.*

Filed Aug. 1, 2006.

George Carlton Forde, San Diego, CA, pro se.

CAS–District Counsel, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, John R. Cunningham, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM **

George Carlton Forde, a native and citizen of Trinidad, petitions pro se for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252, and deny the petition for review.

Forde contends that his 2002 conviction for violating California Penal Code § 273.5(a) is invalid. We reject this contention because we cannot collaterally revisit the circumstances of a conviction. *See Ortega de Robles v. INS,* 58 F.3d 1355, 1358 (9th Cir.1995) ("Criminal convictions cannot be collaterally attacked in deportation proceedings.").

Forde's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

